

**FILED**

JUN 15 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
MGRS

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In Re: ) Case Number: 10-23462
)
Jessie Merrill & Lori Torres )
)
Debtor(s) )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

This matter comes before the Court pursuant to 11 U.S.C. § 347(a), 28 U.S.C. § 2042, and the application of Hudson & Keyse, LLC, seeking payment of funds previously unclaimed by Hudson & Keyse, LLC in the above-entitled case. It appears from the application and supporting documentation that Hudson & Keyse, L.L.C. is entitled to the funds paid into Court.

Therefore,

**IT IS ORDERED** that the Clerk is directed to pay $975.93 from the Treasury Registry to:

> Hudson & Keyse, L.L.C.
> c/o Dilks & Knopik, LLC
> 35308 SE Center St
> Snoqualmie, WA 98065-9216

DATED: 6/15/14

_____
UNITED STATES BANKRUPTCY JUDGE